No. 78–952. RUSH ET AL. v. SAVCHUK. Sup. Ct. Minn. [Probable jurisdiction noted, 440 U. S. 905.] Motion of New York State Trial Lawyers Assn. for leave to file a brief as *amicus curiae* denied.

No. 78–1183. CARBON FUEL Co. v. UNITED MINE WORKERS OF AMERICA ET AL. C. A. 4th Cir. [Certiorari granted, 440 U. S. 957.] Motions of Chamber of Commerce of the United States, Washington Legal Foundation, and Bituminous Coal Operators' Association, Inc., for leave to file briefs as *amici curiae* granted.

No. 78–1418. BLOOMER v. LIBERTY MUTUAL INSURANCE Co. C. A. 2d Cir. [Certiorari granted, 441 U. S. 942.] Motion of petitioner to dispense with printing appendix granted.

No. 78–1653. NORTH CAROLINA WILDLIFE RESOURCES COMMISSION ET AL. v. EASTERN BAND OF CHEROKEE INDIANS. C. A. 4th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 78–5705. TRAMMEL v. UNITED STATES. C. A. 10th Cir. [Certiorari granted, 440 U. S. 934.] Motion of Michigan Bar Association Standing Committee on Civil Procedure for leave to file a brief as *amicus curiae* granted.

No. 78–6386. RUMMEL v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. [Certiorari granted, 441 U. S. 960.] Motion for appointment of counsel granted, and it is ordered that Scott J. Atlas, Esquire, of Houston, Tex., be appointed to serve as counsel for petitioner in this case.

No. 78–6748. FRIED v. WARDEN, NEW YORK STATE CORRECTIONAL FACILITY AT ELMIRA, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 78–1595. LEWIS v. UNITED STATES. C. A. 4th Cir. Certiorari granted.